Exhibit 2

8/16/2022 1:34 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 67341146
By: cassie combs
Filed: 8/16/2022 1:34 PM

CAUSE NUMBER: 2022-48417

JANICE JACKSON, INDIVIDUALLY AND
AS REPRESENTATIVE OF THE ESTATE OF
HER LATE HUSBAND, MICHAEL WAYNE
JACKSON
PLAINTIFF

IN THE 113TH JUDICIAL DISTRICT
COURT OF HARRIS COUNTY, TEXAS

VS.

CITY OF HOUSTON
DEFENDANT

### RETURN OF SERVICE

My name is **GERARDO ATILANO**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Monday August 15, 2022 AT 08:51 AM** - CITATION, PLAINTIFF'S ORIGINAL PETITION, came to hand for service upon **CITY OF HOUSTON BY SERVING CITY SECRETARY**.

On **Monday August 15, 2022** at **03:30 PM** - The above named documents were hand delivered to: **CITY OF HOUSTON C/O CITY SECRETARY BY DELIVERING TO CARRIE ROBERTS, AUTHORIZED TO ACCEPT @ 900 BAGBY STREET**, HOUSTON, TX 77002, **in Person.**

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                    DECLARATION

"My name is **GERARDO ATILANO,** my date of birth is 07/14/1976 my business address is **1320 QUITMAN STREET, HOUSTON, TX 77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Tuesday August 16, 2022**

 /s/GERARDO ATILANO                          PSC#9589 EXP. 10/31/22
Declarant                                                 Appointed in accordance with State Statutes

2022.08.676071

For Official Governmental Use Only - Do Not Disseminate to the Public: 103528823 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 4, 2023

Certified Document Number:        103528823 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**