# Exhibit 5

# Harris County Docket Sheet

# 2022-48417

**COURT:** 113th
**FILED DATE:** 8/9/2022
**CASE TYPE:** Other Injury or Damage



### JACKSON, JANICE (INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF

Attorney: DOYLE, MICHAEL P.

### vs.

### CITY OF HOUSTON

Attorney: LEGUIZAMON, JAQUELINE I.

| Trial Settings | |
|---|---|
| Date | Comment |
| 9/18/2023 | Docket Set For: Trial Setting |

| Docket Sheet Entries | |
|---|---|
| Date | Comment |
| 9/28/2022 | 4A - ORDER OF PARTIAL NONSUIT SIGNED |
| 12/6/2022 | CIPRO - PROTECTIVE ORDER (CIVIL) ORD SGND |
| 12/6/2022 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |
| 12/6/2022 | DISCX - ORDER SIGNED GRANTING DISCOVERY |
| 12/7/2022 | LD3PX - ORDER SIGNED GRANTING LEAVE TO DESIGNATE RESPONSIBLE 3RD PARTY |
| 12/7/2022 | SPEXX - ORDER SIGNED GRANTING SPECIAL EXCEPTIONS |
| 12/7/2022 | CPLHX - ORDER SIGNED GRANTING COMPLIANCE |