Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANICE JACKSON, INDIVIDUALLY, §<br>AND AS REPRESENTATIVE OF THE §<br>ESTATE OF HER LATE HUSBAND, §<br>MICHAEL WAYNE JACKSON; ARLENE §<br>GALLIEN, INDIVIDUALLY AND AS §<br>REPRESENTATIVE OF THE ESTATE OF §<br>CARL WILEY JR.; CAMILA SIMPSON §<br>AS NEXT FRIEND OF XXXXXXX, §<br>XXXXX, GYNELL HENDERSON, §<br>INDIVIDUALLY AND AS §<br>REPRESENTATIVE OF THE ESTATE OF §<br>RASHAD HENDERSON; AND JOHN §<br>HENDERSON JR., INDIVIDUALLY §<br>      *Plaintiffs*, §<br>§<br>v. §<br>§<br>THE CITY OF HOUSTON, §<br>      *Defendant*. § | Civil Action No. 4:23-cv- |

**INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION**

Removed from:    Cause No. 2022-48417; Plaintiffs Janice Jackson, Individually and as Representative of the Estate of her Late Husband, Michael Wayne Jackson; Arlene Gallien, Individually and as Representative of the Estate of Carl Wiley Jr.; Camila Simpson as next front of XXXXXXX XXXXX; Gynell Henderson, Individually and as Representative of the Estate of Rashad Henderson; and John Henderson Jr., individually; through their attorneys of record, Michael Patrick Doyle, Patrick M. Dennis, Jeffrey L. Avery, Emma R. Brockway; Doyle Dennis LLP; 3401 Allen Parkway, Suite 100, Houston, Texas 77019., In the 113th Judicial District Court of Harris County, Texas.

      Pursuant to Local Rule LR-81, Local Rules for the Southern District of Texas, the following documents are filed along with Defendant City of Houston's Notice of Removal:

1. Plaintiff's Original Petition
2. Service Returns
3. City of Houston's Original Answer
4. Plaintiff's Amended Petition
5. Docket Sheet
6. List of all Parties of Record
7. Index of Documents Filed with Removal Action