IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE JACKSON, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF HER LATE HUSBAND, MICHAEL WAYNE JACKSON; ARLENE GALLIEN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CARL WILEY JR.; CAMILA SIMPSON AS NEXT FRIEND OF XXXXXXX, XXXXX, GYNELL HENDERSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RASHAD HENDERSON, AND JOHN HENDERSON JR., INDIVIDUALLY *Plaintiffs*, <br><br> v. <br><br> THE CITY OF HOUSTON, *Defendant*. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:23-cv- |

**LIST OF ALL PARTIES OF RECORD**

**1.      Counsel for Plaintiffs:**

Michael Patrick Doyle
Patrick M. Dennis
Jeffrey L. Avery
Emma r. Brockway
Doyle Dennis LLP
3401 Allen Parkway, Suite 100
Houston, Texas 77019
service@doylelawfirm.com

**2.      Co-Counsel for Plaintiff, Camila Simpson, as next friend of XXXXXXX XXXXX and Arlene Gallien:**

Reginald E. McKamie, Sr.
Law Office of Reginald E. McKamie, Sr.
2120 Welch St.
Houston, Texas 77019
mckamie@mckamie.com

3.     **Counsel for Defendant:**

Melissa Azadeh
State Bar No.:  24064851
Telephone (832) 393-6270
Facsimile (832) 393-6259
Melissa.Azadeh@houstontx.gov
City of Houston Legal Department
900 Bagby, 3rd Floor
Houston, Texas 77002
832.393.6259 - Fax