IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANICE JACKSON, INDIVIDUALLY, §<br>AND AS REPRESENTATIVE OF THE §<br>ESTATE OF HER LATE HUSBAND, §<br>MICHAEL WAYNE JACKSON; §<br>ARLENE GALLIEN, INDIVIDUALLY §<br>AND AS REPRESENTATIVE OF THE §<br>ESTATE OF CARL WILEY JR.; §<br>CAMILA SIMPSON AS NEXT FRIEND §<br>OF XXXXXXX XXXXX, GYNELL §<br>HENDERSON, INDIVIDUALLY AND AS §<br>REPRESENTATIVE OF THE ESTATE §<br>OF RASHAD HENDERSON; AND JOHN §<br>HENDERSON JR., INDIVIDUALLY, §<br>*Plaintiffs*, §<br>§<br>V. §<br>§<br>THE CITY OF HOUSTON, §<br>*Defendant*. § | CIVIL ACTION NO. 4:23-CV-00052 |

**DEFENDANT CITY OF HOUSTON'S SUPPLEMENT TO NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The City of Houston ("Houston") files this supplement to the Notice of Removal [Doc. #1], to include a corrected copy of Plaintiffs' First Amended Petition [Doc. #1-4] that includes Exhibits A, B, and C, to Plaintiffs' First Amended Petition, which were inadvertently omitted from the City's original attachments.

The complete Plaintiffs' First Amended Petition with Exhibits is filed contemporaneously herewith to supplement the Notice of Removal as **"Exhibit 8."**

                                                              Respectfully submitted,

                                                              **ARTURO G. MICHEL**
                                                              **City Attorney**

|  |  |  |
|---|---|---|
|  |  | KELLY A. DEMPSEY<br>Chief, Torts & Civil Rights Section |
| Date: January 26, 2023. | By: | /s/ *Melissa Azadeh*<br>Melissa Azadeh<br>State Bar No.  24064851<br>Telephone (832) 393-6270<br>Facsimile (832) 393-6259<br>Melissa.Azadeh@houstontx.gov<br>CITY OF HOUSTON LEGAL DEPARTMENT<br>900 Bagby, 3rd Floor<br>Houston, Texas 77002<br>**ATTORNEYS FOR DEFENDANT**<br>**CITY OF HOUSTON** |

## CERTIFICATE OF SERVICE

I certify that on January 26, 2023, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document, and any attachments, were delivered to all opposing counsel(s) by electronic filing of same in accordance with the District's ECF service rules, and alternatively via e-mail and/or facsimile transmission, to:

Michael Patrick Doyle
Patrick M. Dennis
Jeffrey L. Avery
Emma r. Brockway
Doyle Dennis LLP
3401 Allen Parkway, Suite 100
Houston, Texas 77019
service@doylelawfirm.com

Reginald E. McKamie, Sr.
Law Office of Reginald E. McKamie, Sr.
2120 Welch St.
Houston, Texas 77019
mckamie@mckamie.com

/s/ *Melissa Azadeh*
Melissa Azadeh