IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANICE JACKSON, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF HER LATE HUSBAND, MICHAEL WAYNE JACKSON; ARLENE GALLIEN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CARL WILEY JR.; CAMILA SIMPSON AS NEXT FRIEND OF XXXXXXX XXXXX, GYNELL HENDERSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RASHAD HENDERSON; AND JOHN HENDERSON JR., INDIVIDUALLY, §§§§§§§§§§§§ | |
| *Plaintiffs*, §§ | CIVIL ACTION NO. 4:23-CV-00052 |
| V. §§ | |
| THE CITY OF HOUSTON, §§ | |
| *Defendant*. § | |

**DEFENDANT CITY OF HOUSTON'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant City of Houston files this Certificate of Interested Parties, identifying the following persons whom they believe may have a financial interest in this litigation:

**Plaintiffs**:

1. Janice Jackson, individually, and as claimed representative of the estate of her late husband, Michael Wayne Jackson.

2. Arlene Gallien, individually, and as claimed representative of the estate of Carl Wiley, Jr.

3. Gynell Henderson, individually and as claimed representative of the estate of Rashad Henderson.

4. Camila Simpson a/n/f of XXXXXXX XXXXX.

5. John Henderson Jr. individually.

**Counsel for Plaintiffs:**

1. Michael Patrick Doyle

2. Patrick M. Dennis

3. Jeffrey L. Avery

4. Emma R. Brockway

    Doyle Dennis LLP
    3401 Allen Parkway, Suite 100
    Houston, Texas 77019

**Co-counsel for Plaintiffs Camila Simpson a/n/f of XXXXXXX XXXXX and Arlene Gallien:**

1. Reginald E. McKamie, Sr.
    Law Office of Reginald E. McKamie, Sr.
    2120 Welch Street
    Houston, Texas 77019

<u>**Defendant:**</u>

1. City of Houston, Texas

**Counsel for Defendant:**

1. Arturo G. Michel, City Attorney

2. Kelly Dempsey, Section Chief Torts/Civil Rights

3. Melissa Azadeh, Senior Assistant City Attorney

    City of Houston Legal Department
    900 Bagby Street, 4th Floor
    Houston, Texas 77002

           Respectfully submitted,

           **ARTURO G. MICHEL**
           **City Attorney**
           KELLY A. DEMPSEY
           Chief, Torts & Civil Rights Section

           */s/ Melissa Azadeh*
           MELISSA AZADEH

*Attorney-in-charge*
State Bar No. 24064851
Telephone (832) 393-6270
Facsimile (832) 393-6259
melissa.azadeh@houstontx.gov
CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby St., Third Floor
Houston, Texas 77002
**ATTORNEYS FOR DEFENDANT
CITY OF HOUSTON**

## CERTIFICATE OF SERVICE

I certify that on this 9th day of March 2023, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document was delivered to all opposing counsel(s) by electronic filing of same in accordance with the District's ECF service rules, or alternatively via e-mail and/or facsimile transmission, to:

Michael Patrick Doyle
Patrick M. Dennis
Jeffrey L. Avery
Emma R. Brockway
Doyle Dennis LLP
3401 Allen Parkway, Suite 100
Houston, Texas 77019
service@doylelawfirm.com

Reginald E. McKamie, Sr.
Law Office of Reginald E. McKamie, Sr.
2120 Welch Street
Houston, Texas 77019
mckamie@mckamie.com

*/s/ Melissa Azadeh*
Melissa Azadeh