United States District Court
Southern District of Texas
**ENTERED**
April 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE JACKSON, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-00052 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON April 25, 2023 at 8:45 AM**

Appearances:        Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | April 30, 2023 |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | October 2, 2023 |
| Report furnished by: | October 2, 2023 |
| Defendant's experts to be designated by: | November 3, 2023 |
| Report furnished by: | November 3, 2023 |
| Discovery to be completed by: | January 10, 2024 |
| Dispositive motions due by: | January 30, 2024 |
| Docket call to be held at 11:30 AM on: | April 1, 2024 |
| Estimated trial time: 2 days | Jury Trial |

The following rulings were made:

The defendant's request to delay initial disclosures is Denied.

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on April 17, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge