United States District Court
Southern District of Texas
**ENTERED**
June 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANICE JACKSON, *et al.*, § § Plaintiffs, § § VS. § CITY OF HOUSTON, § § Defendant. § | CIVIL ACTION NO. 4:23-CV-00052 |

## ORDER

The opposed motion to intervene by non-party Courtney Lane (Dkt. No. 13), is hereby DENIED.

It is so ORDERED.

SIGNED on June 22, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1