# EXHIBIT 1



**Texas Department of Transportation**

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | WWW.TXDOT.GOV

Mon, 13 February 2023

STATE OF TEXAS        §

This is to certify that I, Jim Markham, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Thu, 17 December 2020, which occurred in Harris County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

Jim Markham
Director, Crash Data & Analysis Section
Traffic Safety Division
125 East 11th Street
Austin, TX  78701-2483

Case 4:23-cv-00052   Document 17-1   Filed on 07/11/23 in TXSD   Page 3 of 8

☒ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☒ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 2 | Total Num. Prsns. | 3 | TxDOT Crash ID | 18060844.3 /2020543108 |
|---|---|---|---|---|---|

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 12/17/2020  *Crash Time (24HRMM): 0254  Case ID: 0167481720V  Local Use:

*County Name: HARRIS  *City Name: HOUSTON  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees): °  Longitude — (decimal degrees): °

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys.: LR  *Hwy. Num.:  2 Rdwy. Part: 1  Block Num.: 15700  3 Street Prefix:  *Street Name: GALVESTON  4 Street Suffix: RD

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  Speed Limit: 50  Const. Zone ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc.: CONCRETE

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No  1 Rdwy. Sys.: LR  Hwy. Num.:  2. Rdwy. Part: 1  Block Num.: 500  3 Street Prefix:  Street Name: EL DORADO  4 Street Suffix:

Distance from Int. or Ref. Marker: 0.10  ☐ FT ☒ MI  3 Dir. from Int. or Ref. Marker: S  Reference Marker:  Street Desc.:  RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 1  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: MMM9312  VIN: JTJGZKCAXK2010  ☐ Pol. Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2019  6. Veh. Color: RED  Veh. Make: LEXUS  Veh. Model: RX 350  7 Body Style: SV

8 DL/ID Type: 5  DL/ID State:  DL/ID Num.:  9 DL Class: 5  10 CDL End.:  11 DL Rest.: 5  DOB (MM/DD/YYYY): ▮▮▮▮▮

Address (Street, City, State, ZIP): 2▮▮▮▮▮  TX 77493

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | S▮▮▮▮, K▮▮▮ | B | 16 | B | 2 | 1 | 1 | 5 | 97 | N | 2 | 0.00 | 96 | 97 | 97 |
| | | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | |

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: S▮▮▮▮▮, T▮▮▮▮▮, 24▮▮▮▮▮▮▮▮▮▮ TX 77493

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 2  Fin. Resp. Name: GEICO  Fin. Resp. Num.: 4605955469

Fin. Resp. Phone Num.: 8002077847  27 Vehicle Damage Rating 1: F D 0  27 Vehicle Damage Rating 2: -  Vehicle Inventoried ☒ Yes ☐ No

Towed By: APPLE TOWING  Towed To: 1301 DART STREET

Unit Num.: 2  5 Unit Desc.: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num.: NNP5131  VIN: 3N1AB7AP5HY2836  ☐ Pol. Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2017  6. Veh. Color: BLU  Veh. Make: NISSAN  Veh. Model: SENTRA  7 Body Style: P4

8 DL/ID Type:  DL/ID State: TX  DL/ID Num.: ▮▮▮▮▮▮  9 DL Class: C  10 CDL End.: 96  11 DL Rest.: 96  DOB (MM/DD/YYYY): ▮▮▮▮▮

Address (Street, City, State, ZIP): 1323 S. BEAUREGARD STREET  ALVIN, TX 77511

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FRANKLIN, AZMARA DESIREE | B | 22 | B | 2 | 1 | 1 | 5 | 97 | N | 96 | | | | |
| 2 | 2 | 3 | HENDERSON, RASHAD DAMON | K | 32 | B | 1 | 1 | 96 | 5 | 97 | N | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | |

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: FRANKLIN, AZMARA DESIREE, 1323 S. BEAUREGARD STREET  ALVIN, TX 77511

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type: 2  Fin. Resp. Name: PROGRESSIVE  Fin. Resp. Num.: 940151124

Fin. Resp. Phone Num.: 8007764737  27 Vehicle Damage Rating 1: 6 - B D -  27 Vehicle Damage Rating 2: -  Vehicle Inventoried ☒ Yes ☐ No

Towed By: APPLE TOWING  Towed To: 1301 DART STREET

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 0167481720V

Case 4:23-cv-00052 Document 17-1

TxDOT Case 4:23-cv-00052 Document 17-1 Page 4 of 8

Crash ID 18060844.3/2020543108

Page 2 of 2

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 1 | 1 | CLEAR LAKE REGIONAL HOSPITAL | HFD MED 71 | | |
| 2 | 1 | CLEAR LAKE REGIONAL HOSPITAL | HFD AMB 94 | | |
| 2 | 2 | 1861 OLD SPANISH TRAIL | BODY CAR #9033 | 12/17/2020 | 0 3 1 6 |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | MURDER | 167481720 |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 61 | 43 | | | 1 | 3 | 97 | 2 | 1 | 1 | 17 |

## NARRATIVE AND DIAGRAM

### Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

UNIT #1 WAS EVADING FROM MULTIPLE POLICE AGENCIESUNIT #1 WAS
TRAVELING NORTHBOUND AT 15700 GALVESTON ROAD IN LANE 1 OF 2UNIT
#2 WAS TRAVELING NORTHBOUND AT 15700 GALVESTON ROAD IN LANE 1 OF
2.UNIT #1 FLEEING AND EVADING FROM POLICEUNIT #1 SPEEDING
(OVERLIMIT)UNIT #1 (FD) STRUCK UNIT #2 (BD)THE DRIVER OF UNIT
#2 WAS TRANSPORTED TO THE HOSPITAL WITH MINOR INJURIES. THE
PASSENGER OF UNIT #2 WAS PRONOUNCED DECEASED ON THE SCENE.THE
DRIVER OF UNIT #1 WAS ARRESTED AND CHARGED WITH MURDER.PRIMARY
INVESTIGATOR: DET. J. HILL 98Z58SCENE SUPERVISOR: SGT. D.
GRIFFITHS 3Z03NSCENE PHOTOGRAPHS: OFFICER J. BEST 70Z77NSCENE
MEASUREMENTS: DET. C. SARTOR 98Z{{Investigator's Assignment:
Vehicular Crimes}}

Field Diagram - Not to Scale



Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | How Notified | Investigator Name (Printed) | | Report Date (MM/DD/YYYY) | ID Num. |
|---|---|---|---|---|---|
| 0 3 2 0 | CALL OUT | Hill, J. | | 04/16/2021 | 8826 |

| Invest. Comp. | ☒ Yes ☐ No | Time Arrived (24HR:MM) | 0 4 0 5 | | |
|---|---|---|---|---|---|

| ORI Num. | T | X | H | P | 0 | 0 | 0 | 0 | *Agency | HOUSTON POLICE DEPARTMENT | Service/Region/DA | 1 2 D 7 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☒ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 2 | Total Num. Prsns. | 3 | TxDOT Crash ID | 18060844.2 /2020543108 |

### Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Texas Department of Transportation

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

**IDENTIFICATION & LOCATION**

*Crash Date (MM/DD/YYYY) 12/17/2020    *Crash Time (24HRMM) 0254    Case ID 0167481720V    Local Use

*County Name HARRIS    *City Name HOUSTON    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No    Latitude (decimal degrees) *    Longitude — (decimal degrees) *

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. LR | *Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 15700 | 3 Street Prefix | *Street Name GALVESTON | 4 Street Suffix RD |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    ☐ Toll Road/Toll Lane    Speed Limit 50    Const. Zone ☐ Yes ☒ No    Workers Present ☐ Yes ☒ No    Street Desc. CONCRETE

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No    1 Rdwy. Sys. LR    Hwy. Num.    2. Rdwy. Part 1    Block Num. 500    3 Street Prefix    Street Name EL DORADO    4 Street Suffix

Distance from Int. or Ref. Marker 0.10    ☐ FT ☒ MI    3 Dir. from Int. or Ref. Marker S    Reference Marker    Street Desc.    RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 1    5 Unit Desc. 1    ☐ Parked Vehicle    ☐ Hit and Run    LP State TX    LP Num. MMM9312    VIN 3TJGZKCAXK2010    ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2019    6. Veh. Color RED    Veh. Make LEXUS    Veh. Model RX 350    7 Body Style SV

| 8 DL/ID Type 5 | DL/ID State | DL/ID Num. | 9 DL Class 5 | 10 CDL End. | 11 DL Rest. 5 | DOB (MM/DD/YYYY) ▓▓▓▓ |

Address (Street, City, State, ZIP) 24735 HEIRLOOM LN  KATY, TX 77493

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | S▓▓▓▓, K▓▓▓▓ | B | 16 | 3 | 2 | 1 | 1 | 5 | 97 | N | 2 | 0.00 | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address S▓▓▓▓, T▓▓▓▓, 2▓▓▓▓, TX 77493

Proof of Fin. Resp. ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type 2    Fin. Resp. Name GEICO    Fin. Resp. Num. 4605955469

Fin. Resp. Phone Num. 8002077847    27 Vehicle Damage Rating 1 1 2 F D 5    27 Vehicle Damage Rating 2 -    Vehicle Inventoried ☒ Yes ☐ No

Towed By APPLE TOWING    Towed To 1301 DART STREET

---

Unit Num. 2    5 Unit Desc. 1    ☐ Parked Vehicle    ☐ Hit and Run    LP State TX    LP Num. NNP5131    VIN 3N1AB7APSHY26306    ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2017    6. Veh. Color BLU    Veh. Make NISSAN    Veh. Model SENTRA    7 Body Style P4

| 8 DL/ID Type | DL/ID State TX | DL/ID Num. ▓▓▓▓ | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) ▓▓▓▓ |

Address (Street, City, State, ZIP) 1323 S. BEARUEGARD STREET  ALVIN, TX 77511

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FRANKLIN, AZMARA DESIREE | B | 22 | 8 | 2 | 1 | 1 | 5 | 97 | N | 96 | | | | |
| 2 | 1 | 3 | HENDERSON, RASHAD DAMON | K | 32 | 4 | 1 | 1 | 96 | 5 | 97 | N | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address FRANKLIN, AZMARA DESIREE, 1323 S. BEARUEGARD STREET, ALVIN, TX 77511

Proof of Fin. Resp. ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type 2    Fin. Resp. Name PROGRESSIVE    Fin. Resp. Num. 940151124

Fin. Resp. Phone Num. 8007764737    27 Vehicle Damage Rating 1 6 - D 5    27 Vehicle Damage Rating 2 -    Vehicle Inventoried ☒ Yes ☐ No

Towed By APPLE TOWING    Towed To 1301 DART STREET

Copy from Custodial File

Case ID 0167481720V

Case 4:23-cv-00052  Document 17-1

TxDOT Crash ID 18060844.2/2020543108

Case 4:23-cv-00052 in TXSD  Page 6 of 8

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 1 | 1 | CLEAR LAKE REGIONAL HOSPITAL | HFD MED 71 | | |
| 2 | 1 | CLEAR LAKE REGIONAL HOSPITAL | HFD AMB 94 | | |
| 2 | 2 | 1861 OLD SPANISH TRAIL | BODY CAR #9033 | 12/17/2020 | 0 3 1 6 |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | MURDER | 167481720 |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes/No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name / Carrier's Primary Addr. / 30 Veh. Type

| 31 Bus Type | RGVW / GVWR | HazMat Released Yes/No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No | Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes/No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 61 | 43 | | | 1 | 3 | 97 | 2 | 1 | 1 | 17 |

## NARRATIVE AND DIAGRAM

### Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

UNIT #1 WAS EVADING FROM MULTIPLE POLICE AGENCIES.UNIT #1 WAS
TRAVELING NORTHBOUND AT 15700 GALVESTON ROAD IN LANE 1 OF 2UNIT
#2 WAS TRAVELING NORTHBOUND AT 15700 GALVESTON ROAD IN LANE 1 OF
2.UNIT #1 FLEEING AND EVADING FROM POLICEUNIT #1 SPEEDING
(OVERLIMIT)UNIT #1 (FD) STRUCK UNIT #2 (BD)THE DRIVER OF UNIT
#2 WAS TRANSPORTED TO THE HOSPITAL WITH MINOR INJURIES. THE
PASSENGER OF UNIT #2 WAS PRONOUNCED DECEASED ON THE SCENE.THE
DRIVER OF UNIT #1 WAS ARRESTED AND CHARGED WITH MURDER.PRIMARY
INVESTIGATOR: DET. J. HILL 98Z58SCENE SUPERVISOR: SGT. D.
GRIFFITHS 3Z03NSCENE PHOTOGRAPHS: OFFICER J. BEST 70Z77NSCENE
MEASUREMENTS: DET. C. SARTOR 98Z{{Investigator's Assignment:
Vehicular Crimes}}

Field Diagram - Not to Scale



Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | How Notified | Time Arrived (24HRMM) | Report Date (MM/DD/YYYY) | |
|---|---|---|---|---|
| 0 3 2 0 | CALL OUT | 0 4 0 5 | 03/11/2021 | |

| Invest. Comp. | Yes / No (X) | Investigator Name (Printed) Hill, J. | | ID Num. 8826 |
|---|---|---|---|---|

| ORI Num. | T X H P D 0 0 0 | *Agency HOUSTON POLICE DEPARTMENT | Service/Region/DA 1 2 D 7 0 |
|---|---|---|---|

Case #:23-cv-00052    Document 17-1    Filed on 07/11/23 in TXSD    Page 7 of 8

| | | | | | |
|---|---|---|---|---|---|
| ☒ FATAL | ☐ CMV | ☐ SCHOOL BUS | ☐ RAILROAD | ☐ MAB | ☐ SUPPLEMENT | ☒ ACTIVE SCHOOL ZONE |

| Total Num. Units | 2 | Total Num. Prsns. | 3 | TxDOT Crash ID | 18060844.1 /2020543108 |
|---|---|---|---|---|---|

## Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Texas Department of Transportation

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

### IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY) 12/17/2020   *Crash Time (24HRMM) 0254   Case ID 0167481720V   Local Use

*County Name HARRIS    *City Name HOUSTON    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) *   Longitude — (decimal degrees) *

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys. LR   *Hwy. Num.   2 Rdwy. Part 1   Block Num. 15700   3 Street Prefix   *Street Name GALVESTON   4 Street Suffix RD

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/Toll Lane   Speed Limit 50   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc. CONCRETE

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2. Rdwy. Part 1   Block Num. 500   3 Street Prefix   Street Name EL DORADO   4 Street Suffix

Distance from Int. or Ref. Marker 0.10   ☐ FT ☒ MI   3 Dir. from Int. or Ref. Marker S   Reference Marker   Street Desc.   RRX Num.

### VEHICLE, DRIVER, & PERSONS

Unit Num. 1   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. MMM9312   VIN 3TJGZKCAXK201...

Veh. Year 2019   6. Veh. Color RED   Veh. Make LEXUS   Veh. Model RX 350   7 Body Style SV   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 5   DL/ID State   DL/ID Num.   9 DL Class 5   10 CDL End.   11 DL Rest. 5   DOB (MM/DD/YYYY) ▓▓▓▓

Address (Street, City, State, ZIP) 2 ▓▓▓▓▓▓▓

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | S▓▓▓, K▓▓▓ | B | 16 | 1 | 2 | 1 | 1 | 5 | 97 | N | 2 | | 96 | 97 | 97 |
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee   Owner/Lessee Name & Address S▓▓▓, TI▓▓▓▓▓▓▓, 2▓▓▓▓▓▓▓ TX 77493

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 2   Fin. Resp. Name GEICO   Fin. Resp. Num. 4605955469

Fin. Resp. Phone Num. 8002077847   27 Vehicle Damage Rating 1 F D 2   27 Vehicle Damage Rating 2   Vehicle Inventoried ☒ Yes ☐ No

Towed By APPLE TOWING   Towed To 1301 DART STREET

Unit Num. 2   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. NNP5131   VIN 3N1AB7AP5HY263406

Veh. Year 2017   6. Veh. Color BLU   Veh. Make NISSAN   Veh. Model SENTRA   7 Body Style P4   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type   DL/ID State TX   DL/ID Num.   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) ▓▓▓▓

Address (Street, City, State, ZIP) 1323 S. BEAUREGARD STREET  ALVIN, TX 77511

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FRANKLIN, AZMARA DESIREE | B | 22 | 8 | 2 | 1 | 5 | 97 | N | 96 | | | | | |
| 2 | 1 | 3 | HENDERSON, RASHAD DAMON | K | 32 | 5 | 1 | 1 | 96 | 5 | 97 | N | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee   Owner/Lessee Name & Address FRANKLIN, AZMARA DESIREE, 1323 S. BEAUREGARD STREET, ALVIN, TX 77511

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 2   Fin. Resp. Name PROGRESSIVE   Fin. Resp. Num. 940151124

Fin. Resp. Phone Num. 8007764737   27 Vehicle Damage Rating 1 6 B D 2   27 Vehicle Damage Rating 2   Vehicle Inventoried ☒ Yes ☐ No

Towed By APPLE TOWING   Towed To 1301 DART STREET

Copy from Custodial File

Case ID 0167481720V

Case 4:23-cv-00052    Document 17-5    Filed 02/23 in TXSD    Page 8 of 8

TxDOT Crash ID 18060844.1/2020543108

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 1 | 1 | CLEAR LAKE REGIONAL HOSPITAL | HFD MED 71 | | |
| 2 | 1 | CLEAR LAKE REGIONAL HOSPITAL | HFD AMB 94 | | |
| 2 | 2 | 1861 OLD SPANISH TRAIL | BODY CAR #9033 | 12/17/2020 | 0 3 1 6 |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | MURDER | 167481720 |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 61 | 43 | | | 1 | 3 | 97 | 2 | 1 | 1 | 17 |

## NARRATIVE AND DIAGRAM

### Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

UNIT #1 WAS EVADING FROM MULTIPLE POLICE AGENCIESUNIT #1 WAS TRAVELING NORTHBOUND AT 15700 GALVESTON ROAD IN LANE 1 OF 2UNIT #2 WAS TRAVELING NORTHBOUND AT 15700 GALVESTON ROAD IN LANE 1 OF 2.UNIT #1 FLEEING AND EVADING FROM POLICEUNIT #1 SPEEDING (OVERLIMIT)UNIT #1 (FD) STRUCK UNIT #2 (BD)THE DRIVER OF UNIT #2 WAS TRANSPORTED TO THE HOSPITAL WITH MINOR INJURIES. THE PASSENGER OF UNIT #2 WAS PRONOUNCED DECEASED ON THE SCENE.THE DRIVER OF UNIT #1 WAS ARRESTED AND CHARGED WITH MURDER.PRIMARY INVESTIGATOR: DET. J. HILL 98Z58SCENE SUPERVISOR: SGT. D. GRIFFITHS 3Z03NSCENE PHOTOGRAPHS: OFFICER J. BEST 70Z77NSCENE MEASUREMENTS: DET. C. SARTOR 98Z{{Investigator's Assignment: Vehicular Crimes}}

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) | How Notified | Investigator Name (Printed) | | Time Arrived (24HRMM) | Report Date (MM/DD/YYYY) | ID Num. |
|---|---|---|---|---|---|---|
| 0 3 2 0 | CALL OUT | Hill, J. | | 0 4 0 5 | 01/02/2021 | 8826 |

Invest. Comp. ☑ Yes ☐ No

ORI Num. | T | X | H | P | 0 | 0 | 0 | 0 | 0

*Agency HOUSTON POLICE DEPARTMENT

Service/Region/DA 1 2 D 7 0