IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANICE JACKSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HER LATE HUSBAND MICHAEL WAYNE JACKSON; ARLENE GALLIEN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CARL WILEY JR.; CAMILA SIMPSON AS NEXT FRIEND OF XXXXXXX XXXXX, GYNELL HENDERSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RASHAD HENDERSON, AND JOHN HENDERSON JR., INDIVIDUALLY,<br>        *Plaintiffs*,<br>V.<br>CITY OF HOUSTON,<br><br>        *Defendant*. | CIVIL ACTION NO. 4:23-cv-00052 |

## ORDER

This matter is before the Court on Defendant City of Houston's Rule 12(C) Motion for Judgment on the Pleadings. The Court, having reviewed the motion and briefing, and being otherwise sufficiently advised, IT IS HEREBY ORDERED that the motion is DENIED.

Signed this _____ day of _____, 2023.

_____
U.S. District Judge
Kenneth M. Hoyt