United States District Court
Southern District of Texas
**ENTERED**
January 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE JACKSON, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-00052 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court, having reviewed Defendant, City of Houston's, Motion to Certify this Court's October 26, 2023, Order [Doc. 28], for interlocutory appeal, and being duly advised and having considered that Defendant will suffer substantial expense, damage or injury if the order is erroneous and the determination of the error is withheld until after judgment; and the order involves a "controlling question of law" on standing concerning the only Defendant in this lawsuit, and there is a substantial ground for difference of opinion on this issue in light of the cases identified in Defendant's Motion [Docs. 31, 17, 26], and the resolution of this question on interlocutory appeal would terminate this litigation once and for each party of the lawsuit, and, therefore, the certification of appeal is in everyone's best interests; the Court determines that there is no just reason for delay and good cause has been shown to allow interlocutory appeal of this matter.

Therefore, the Defendant's Motion to Certify Order for Interlocutory Appeal is **GRANTED**.

It is, therefore, **ORDERED** that the Court's order dated October 26, 2023, is hereby

certified for interlocutory appeal [Doc. 28].

It is so ORDERED.

SIGNED on January 3, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge