Case 4:23-cv-00052   Document 37   Filed on 01/03/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE JACKSON, *et al.*, | § | |
| Plaintiffs, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-00052 |
| CITY OF HOUSTON, | § § § | |
| Defendant. | § | |

## ORDER

The Defendant, City of Houston's, Unopposed Motion to Stay these proceedings in their entirety pending resolution of Defendant's interlocutory appeal on the issue of governmental immunity, as well as any authorized permissive appeal (Dkt. No. 32), is well-founded and should be granted.

It is, therefore, ORDERED that the present litigation is hereby and in all things stayed until the resolution of the interlocutory appeal(s) of Defendant City of Houston.

SIGNED on January 3, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge