United States Courts
Southern District of Texas
FILED
February 05, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

No. 24-90002

A True Copy
Certified order issued Feb 02, 2024

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

JANICE JACKSON, *Individually and as representative of* THE ESTATE OF MICHAEL WAYNE JACKSON; ARLENE GALLIEN, *individually and as representative of* THE ESTATE OF CARL WILEY, JR.; CAMILA SIMPSON, *as next friend* Xxxxxxx Xxxxx *a minor child*; GYNELL HENDERSON, *as representative of* THE ESTATE OF RASHAD HENDERSON; JOHN HENDERSON, JR.,

*Plaintiffs—Respondents*,

*versus*

CITY OF HOUSTON,

*Defendant—Petitioner.*

Motion for Leave to Appeal
from an Interlocutory Order
USDC No. 4:23-CV-52

## UNPUBLISHED ORDER

Before CLEMENT, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the motion for leave to appeal from the interlocutory order of the United States District Court of the Southern District of Texas, entered on January 3, 2024, is GRANTED.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 02, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-90002    Jackson v. City of Houston
                     USDC No. 4:23-CV-52

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

Mr. Jeffrey I. Avery
Ms. Melissa Azadeh
Mr. Patrick Mason Dennis
Mr. Michael Patrick Doyle
Mr. Robert William Higgason
Mr. Reginald Edmund McKamie Sr.
Mr. Nathan Ochsner