# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
August 05, 2025
Nathan Ochsner, Clerk of Court

No. 23-20574
CONSOLIDATED WITH
No. 24-20047

United States Court of Appeals
Fifth Circuit
**FILED**
July 15, 2025
Lyle W. Cayce
Clerk

JANICE JACKSON, *individually and as representative of* THE ESTATE OF MICHAEL WAYNE JACKSON; ARLENE GALLIEN, *individually and as representative of* THE ESTATE OF CARL WILEY, JR.; CAMILA SIMPSON, *as next friend* XXXXXXX XXXXX *a minor child*; GYNELL HENDERSON, *as representative of* THE ESTATE OF RASHAD HENDERSON; JOHN HENDERSON, JR.,

*Plaintiffs—Appellees,*

*versus*

CITY OF HOUSTON,

*Defendant—Appellant.*

---

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-52

---

Before GRAVES, ENGELHARDT, and OLDHAM, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

No. 23-20574
c/w No. 24-20047

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED as to Plaintiffs' standing to assert equal protection claims and VACATED as to whether governmental immunity shields Houston from Jackson's negligence claim. This appeal is otherwise DISMISSED WITHOUT PREJUDICE. This cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party to bear their own costs pay to the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on Aug 05, 2025

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 05, 2025

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 23-20574    Jackson v. City of Houston  
                       USDC No. 4:23-CV-52  
                       USDC No. 4:23-CV-52

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____  
                       Rebecca L. Leto, Deputy Clerk  
                       504-310-7703

cc:  Mr. Jeffrey I. Avery  
     Ms. Melissa Azadeh  
     Mr. Patrick Mason Dennis  
     Mr. Michael Patrick Doyle  
     Mr. Robert William Higgason  
     Mr. Reginald Edmund McKamie Sr.